**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7026**
_____

KEVIN SMITH, a/k/a Bar-None-Royal Blackness,

                                    Plaintiff - Appellant,

        versus

LAURIE F. BESSINGER; JOYCE BROWN; VAUGHN JACK-
SON; MARCELLA MCCOY; JUDY C. ANDERSON,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-97-51-O-23BD)

_____

Submitted:  January 27, 1998        Decided:  February 10, 1998

_____

Before MURNAGHAN and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Kevin Smith, Appellant Pro Se.  Andrew Frederick Lindemann, ELLIS,
LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e)(2)(B)(I) (West Supp. 1997). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Smith v. Bessinger, No. CA-97-51-O-23BD (D.S.C. June 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2